IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ALLAN LIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12cv1102-MHT |
| | ) | (WO) |
| DOLGEN CORP, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The joint motion for approval of settlement agreement (doc. no. 25) is granted.

(2) The settlement agreement is approved with the modifications set forth in the accompanying opinion.

(3) This lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of February, 2014.

                                                    /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE